## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| **ARTIS ANDERSON,** | **CIVIL ACTION NO. 5:16-71-KKC** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **VANESSA M. DICKSON,** | |
| **Defendants.** | |

The Court has barred plaintiff Artis Anderson from filing any document with this Court unless he first obtains a certification from a United States Magistrate Judge for the Eastern District of Kentucky that the proposed filing is not frivolous and is not filed for any improper purpose. Anderson has filed a motion with the Court (DE 87), which the magistrate judge has found has no merit. The Court has reviewed the magistrate judge's recommendation and agrees with its analysis. The Court further finds Anderson's objections to the recommendation have no merit. Accordingly, the Court hereby ORDERS that the magistrate judge's recommendation (DE 88) is ADOPTED by the Court.

Dated January 11, 2019.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY